# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECALT S.A. and TRACTEL, INC.,

    Plaintiffs,

v.

WUXI SHENXI CONSTRUCTION MACHINERY CO., LTD.,

    Defendant.

2:08-CV-336 JCM (GWF)

## ORDER

Presently before the court defendant is Wuxi Shenzi Construction Machinery Co.'s motion to file exhibits Exhibits 1-3, 13, and 16-24 under seal (doc. #129). Also before the court is plaintiffs Secalt S.A.'s and Tractel, Inc.'s request to file under seal portions of their motion for summary judgment (doc. # 144), defendant's motion to seal Exhibit 1 (doc. # 150), defendant's motion to seal portions of plaintiffs' motion in limine and plaintiffs' opposition to defendant's motion for summary judgment (doc. # 152), defendant's motion to seal (doc. # 158), plaintiffs' motion to seal motion exhibit in support of defendant's opposition to plaintiff's motion to exclude Dr. Cagan (doc. # 165).

These motions being unopposed and in furtherance of a stipulated protective order entered on July 13, 2009, this court finds good cause to seal the filings noted above.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED ADJUDGED AND DECREED that docket ## 129, 144, 150,

3   152, 158, and 165 are GRANTED.

4   DATED July 21, 2010.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -