AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Secalt S.A. et al

              Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Wuxi Shenxi Construction Machinery Company Ltd

Case Number: 2:08-CV-0336 JCM-GWF

              Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that defendant Wuxi Shenxi Construction Machinery Co., Ltd.s motion for attorney fees in the amount of $836,899.99 is GRANTED.

December 23, 2010              /s/ Lance S. Wilson

Date              Clerk

             /s/ Eileen Sterba

             (By) Deputy Clerk